IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND D. ANDERSON                                                        PETITIONER

v.                          No. 5:15-cv-183-DPM

DEPARTMENT OF HUMAN SERVICES                                       RESPONDENT

### ORDER

Unopposed recommendation, № 13, adopted as modified. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). DHS's motion to dismiss, № 3, is granted. Anderson's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2015