IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND D. ANDERSON                                              PETITIONER

v.                           No. 5:15-cv-183-DPM

DEPARTMENT OF HUMAN SERVICES                          RESPONDENT

## JUDGMENT

Anderson's petition for a writ of habeas corpus is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

30 September 2015